

# NUMBER 13-22-00322-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**ROBERT NICHOLAS SIMMONS,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

### On appeal from the 347th District Court
### of Nueces County, Texas.

# ORDER TO FORWARD COPY OF EXHIBITS

**Before Chief Justice Contreras and Justices Longoria and Silva**
**Order Per Curiam**

This matter is before the Court on appellant's motion for State's exhibits number 3 and 19 and motion for extension of time to file brief. Appellant Robert Nicholas Simmons appealed a judgment in trial court cause number 17FC-3271H. The trial court admitted exhibits, which included State's DVD exhibits 3 and 19. These exhibits contain audio or video files which are not viewable by appellant's counsel through the Court's record service

portal. The Court is of the opinion that the appellant is entitled to view these exhibits. Accordingly, appellant's motion for State's exhibits number 3 and 19 is granted. The clerk of the trial court and the court reporter together are hereby ordered to forward a copy of State's exhibits 3 and 19 to appellant's counsel within ten days from the date of this order.

Additionally, appellant's motion for extension of time to file brief is hereby granted, and the brief is now due forty days after the date this order issued.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
22nd day of December, 2022.